# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA 19-00694-M | Date | September 10, 2019 |
| Title | United States v. Veronica Villalobos Ramirez | | |

Present: The Honorable   Autumn D. Spaeth

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Kristee Hopkins | CourtSmart |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|

**Proceedings:**   (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

   Veronica Villalobos Ramirez was designated a material witness pursuant to 18 U.S.C. § 3144 by the Unites States District Court for the Southern District of California on or about May 24, 2016 and released on bond on June 9, 2016.   On January 24, 2017, Pretrial Service Agency filed a Petition for Warrant for Material Witness on Pretrial Release and a no bond Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case was issued by the Southern District of California on January 26, 2017.

   Ms. Ramirez was arrested pursuant to the Warrant on September 10, 2019 and made her initial appearance in the United States District Court for the Central District of California.   United States of America requested detention proffering the Petition and recommendation of Pretrial Services Agency for detention on the bases that no condition or combination of conditions will reasonably assure the appearance of the Material Witness as required.   Ms. Ramirez, through her court appointed counsel, submitted on the issue of detention, waived her rights to arrival of process and to have an identity hearing and requested to proceed on all further matters in the Southern District of California.

   Based on the Petition, Warrant and recommendation of Pretrial Services Agency, the Court grants United States of America's request for detention and finds that there is clear and convincing evidence that no condition or combination of conditions will reasonably assure the appearance of the Material Witness as required.

   IT IS THEREFORE ORDERED that Ms. Ramirez be detained pending further proceedings, including a final revocation hearing, in the Southern District of California.

Initials of Preparer   kh